# United States Court of Appeals for the Fifth Circuit

No. 19-10013

Jacqueline Craig, Individually and on behalf of minors J.H., K.H., and A.C.; Brea Hymond,

*Plaintiffs—Appellees,*

versus

William D. Martin,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:17-CV-1020

ON PETITION FOR REHEARING EN BANC

Before Richman, *Chief Judge,* Barksdale, and Duncan, *Circuit Judges.*

Per Curiam:

The petition for rehearing en banc is DENIED. At the request of one of its members, the court was polled, and a majority did not vote in favor of rehearing en banc (Fed. R. App. P. 35 and 5th Cir. R. 35).

In the en banc poll, fourteen judges voted against rehearing (Chief Judge Richman, Judges Jones, Smith, Dennis, Elrod,

No. 19-10013

Southwick, Haynes, Graves, Higginson, Ho, Duncan, Engelhardt, Oldham, and Wilson), and two judges voted in favor of rehearing (Judges Stewart and Willett).

Treating the petition for rehearing en banc as a petition for panel rehearing (5th Cir. R. I.O.P. ), the petition for rehearing is DENIED.